UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DORIAN JOHNSON,** | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No.  4:15CR00832CDP |
| **CITY OF FERGUSON et al.,** | ) |
| Defendant(s). | ) |

## O R D E R

The above styled and numbered case was filed on May 26, 2015, and due to clerical error was assigned by random draw to the Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

**IT IS HEREBY ORDERED** that this cause be reassigned to the Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

Dated this 28th day of May, 2015.

GREGORY J. LINHARES, CLERK OF COURT

By:___s/Jessica Carter_____

**In all future documents filed with the Court, please use the following case number: 4:15CV00832AGF.**