UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DORIAN JOHNSON | ∞ | CIVIL ACTION NO: 4:15-cv-832 |
| Plaintiff | ∞ | |
| | ∞ | |
| versus | ∞ | |
| | ∞ | |
| | ∞ | JUDGE AUDREY G. FLEISSIG |
| CITY OF FERGUSON, FERGUSON POLICE DEPARTMENT, THOMAS JACKSON AND DARREN WILSON | ∞ ∞ ∞ ∞ | |
| | ∞ | JURY TRIAL DEMANDED |
| Defendants | ∞ | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE IN EXCESS OF FIFTEEN PAGES**

**NOW INTO COURT**, through undersigned counsel comes Plaintiff, Dorian Johnson, who, pursuant to Local Rule 7-4.01(D), respectfully moves this Court to grant leave and allow him to permit the filing of his Memorandum in Opposition to Defendants' Joint Motion to Dismiss, which is in excess of fifteen (15) pages. In support of this Motion for Leave, Plaintiff represents to this Court that Defendants' Joint Memorandum in Support of Their Motion to Dismiss (Rec. Doc. 5) was 23 pages, thus requiring Plaintiff's lengthy opposition in response.

**WHEREFORE**, Plaintiff respectfully requests this Court GRANT Plaintiff's Motion for Leave to File in Excess of Fifteen Pages in a manner consistent with the above, and for such other and further relief as the Court deems proper.

1

SMITH BROWN, LLC

BY: ___/s/ Daniel R. Brown_____
DANIEL R. BROWN, MO Bar #59749
6609 Clayton Road, Suite 1E
Clayton, MO 63117
Telephone: (314) 467-0527
Facsimile: (314) 754-9353
Email: dbrown@smithbrownllc.com
ATTORNEYS FOR PLAINTIFF

-AND-

James M. Williams, LA Bar #26141
Inemesit U. O'Boyle, LA Bar #30007
CHEHARDY, SHERMAN, WILLIAMS,
MURRAY, RECILE, GRIFFITH, STAKELUM, &
HAYES, LLP
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: 504-833-5600
Facsimile: 504-833-8080
Email: jmw@chehardy.com
    iuo@chehardy.com
Appearing Pro Hac Vice for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties via facsimile transmission, electronic mail, hand delivery, or by placing same in the U.S. Mail, postage prepaid and properly addressed, this 16th day of June, 2015.

_____/s/ Daniel R. Brown_____
DANIEL BROWN