RECEIVED BY MAIL
AUG 10 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
CIVIL DIVISION

JOHNSON, ET AL )
)
)
)
versus ) Case No: 15-CV-00832 AGF
)
)
)
CITY OF FERGUSON, ET AL )
)
)
)

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rule s of the United States District Court for the Eastern District of Missouri, I, Inemesit U. O'Boyle, move to be admitted pro hac vice to the bar of this court for the purpose of representing plaintiff, Dorian Johnson, in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

1. Inemesit U. O'Boyle

2. One Galleria Boulevard, Suite 1100, Metairie, Louisiana 70001; 504-833-5600 (o); 504-833-8080 (f)

3. Chehardy, Sherman, Williams, Ellis Murray, Recile, Griffith, Stakelum, & Hayes, LLP;

4. Tulane University School of Law, May 2005;

5. Louisiana State Bar Number 30007, Admitted 2005;

6. The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resided or is regularly employed as an attorney;

7. Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

      Movant attest under penalty of perjury the truth and accuracy the foregoing facts, and respectfully requests that this motion be granted and the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

                                                    INEMESIT U. O'BOYLE