

**PITZER SNODGRASS, P.C.**
Attorneys at Law

**Trial Tested.**

Missouri  Illinois  Kansas
100 South Fourth Street, Suite 400
St. Louis, Missouri  63102
Tel  314.421.5545
Fax  314.421.3144
www.pspclaw.com



Peter J. Dunne
Direct:  314.335.1318
Email:  dunne@pspclaw.com

March 30, 2016

The Hon. Audrey G. Fleissig
United States District Judge
Thomas F. Eagleton U.S. Courthouse
Courtroom – 12 South
111 South 10th Street
St. Louis, MO 63102

    In re:  *Dorian Johnson v. City of Ferguson, Ferguson Police Chief Thomas Jackson, Ferguson Police Officer Darren Wilson*
             Cause No.:  4:15-CV-00832

Dear Judge Fleissig:

    Yesterday, Plaintiff electronically filed Document Number 33 (Amended Complaint), despite the Court's recent Order granting Defendants' Motion to Stay pending the interlocutory appeal before the Eight Circuit. (Doc. No. 28 and 32.)

    I do not anticipate filing any response to Plaintiff's Amended Complaint at this time. Please advise if I am mistaken in this Court's order or if there is any further information you will require from Defendants pending the interlocutory appeal.

                                  Very truly yours,

                                  Peter J. Dunne

PJD:mef
cc:    Plaintiff's Counsel (via Court's electronic filing system)

{01615857.DOCX;1}