# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 26, 2016

Mr. Daniel Renfro Brown
SMITH & BROWN
Suite 1E
6609 Clayton Road
Clayton, MO  63105

      RE:  16-1919  Dorian Johnson v. City of Ferguson, et al

Dear Counsel:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                          Michael E. Gans
                          Clerk of Court

SRD

Enclosure(s)

cc:    Mr. Peter J. Dunne
        Mr. Gregory J. Linhares
        Mr. Inemesit U. O'Boyle
        Mr. Robert T. Plunkert
        Mr. James McClendon Williams

      District Court/Agency Case Number(s):   4:15-cv-00832-AGF

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-1919
_____

Dorian Johnson

Plaintiff - Appellant

v.

City of Ferguson, Missouri; Thomas Jackson; Darren Wilson

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cv-00832-AGF)
_____

**JUDGMENT**

Before LOKEN, ARNOLD and SHEPHERD, Circuit Judges.

The motion of appellees for dismissal of this cross-appeal is granted. The appeal is hereby dismissed. See Eighth Circuit Rule 47A(b).

May 26, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans