UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DORIAN JOHNSON, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Case No.  4:15CV00832 AGF |
| CITY OF FERGUSON, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that this case is closed for administrative purposes only.  The case will be reopened upon issuance of a decision by the Eighth Circuit Court of Appeals en banc on the issue of qualified immunity.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRCIT JUDGE

Dated this 15th day of May, 2018